CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 3 0 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| TROY A. JONES, Administrator of the Estate of RENEE ANNETTE RUNKLE Jones, deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>MARY ELIZABETH MILLER, ET AL.,<br><br>*Defendants.* | CIVIL ACTION NO. 6:06-CV-00014<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Mary Miller's Motion to Dismiss Claim for Punitive or Exemplary Damages, filed June 21, 2006.

For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss is DENIED. The hearing currently set for July 14, 2006, at 2:15, is hereby CANCELLED and shall be removed from the Court's docket.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/
U.S. District Judge

June 30, 2006
Date